IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN TAYLOR,

        Petitioner,

vs.                                    CASE NO. 5:07cv143/RS-MD

WALTER A. MCNEIL,

        Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 13). Petitioner has not filed objections and has failed to provide the court and the Florida Department of Corrections his current address.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion To Dismiss (Doc. 10) is **granted**.

3. The Amended Petition For Writ Of Habeas Corpus (Doc. 4), which challenges the convictions and sentences in *State of Florida v. Brian Taylor*, Circuit Court of Leon County, Florida, Case Nos. 98-3341 and 90-3393, is dismissed with prejudice.

4. The clerk is directed to close the file.

**ORDERED** on April 29, 2008.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**